UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIYA GAZIZOVA, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al., <br><br> Defendants. | Case No. 2:23-cv-07957-SB-SSC <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

On January 23, 2024, the Court issued an order to show cause (OSC) why the case should not be dismissed for lack of prosecution because Plaintiff had not properly served Defendants.  Dkt. No. 20.  The Court ordered Plaintiff to respond in writing to the OSC by February 2, 2024, and stated that filing proofs of service by that date would result in the automatic discharge of the OSC.  *Id*.  The Court cautioned Plaintiff that "[f]ailure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims."  *Id*.

The February 2 deadline has passed, and Plaintiff has neither filed new proofs of service nor otherwise responded to the OSC.  Accordingly, this action is DISMISSED without prejudice for lack of prosecution.  A final judgment will be entered separately.

Date: February 12, 2024

                                                     Stanley Blumenfeld, Jr.
                                                United States District Judge