JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIYA GAZIZOVA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-07957-SB-SSC<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order of dismissal entered this day, it is ORDERED AND ADJUDGED that Plaintiff Liliya Gazizova's claims are DISMISSED without prejudice for lack of prosecution.

　　　This is a final judgment.

Date: February 12, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge